IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES E. SHELTON

    Plaintiff

v.

MERCHANT SOURCE INC.

    Defendants

No. 2:17-cv-02851

Honorable Gerald J. Pappert

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ANTHONY DELILLO

COMES NOW Plaintiff James Everett Shelton and hereby files this Voluntary Dismissal against Defendant Anthony DeLillo ONLY, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as he has not filed an answer or motion for summary judgment. Please keep the case active against all other defendants, pending ruling on Plaintiff's motion for stipulated judgment.

Dated: August 2, 2017

*James E Shelton*

James Everett Shelton
Plaintiff, Pro Se
316 Covered Bridge Road,
King of Prussia, PA 19406
(484) 626-3942
Jamieshelton66@yahoo.com