IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON,<br><br>      *Plaintiff,*<br><br>v.<br><br>MERCHANT SOURCE, INC. *et al.*,<br><br>      *Defendants.* | CIVIL ACTION<br>NO. 17-2851 |

## ORDER

**AND NOW**, this 14th day of August, 2017, upon consideration of the parties' Joint Motion for Entry of Stipulated Final Judgment Against Defendants George M. Greco, Jr. and Merchant Source Inc., (ECF No. 2), it is hereby **ORDERED** that the motion is **GRANTED**. Judgment is entered in favor of the Plaintiff James Everett Shelton in the amount of **$21,430.00**. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.