James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jamieshelton66@yahoo.com

Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON** | No. 2:17-cv-02851 |
| **Plaintiff** | Honorable Gerald J. Pappert |
| v. | |
| **MERCHANT SOURCE INC. & GEORGE M. GRECO, JR.** | |
| **Defendants** | |

### NOTICE OF SATISFACTION OF JUDGMENT

Plaintiff James E. Shelton hereby gives notice that the judgment in the amount of $21,430.00, entered in this case on August 14, 2017 (Doc. No. 4) against defendants Merchant Source Inc. and George M. Greco, Jr. has been satisfied in full.

Dated: April 28, 2018

*James E Shelton*

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
484-626-3942
Jamieshelton66@yahoo.com

Plaintiff